EASTSIDE EXHIBITION CORP., Respondent, v 210 EAST 86TH STREET CORP., Appellant.

Submitted July 21, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.

VICTORIA FULLER, Appellant, v GARY ROBERT COLLINS, Respondent.

Submitted July 21, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JEFFREY GURAL et al., Appellants, v FRED DRASNER, Respondent.

Submitted June 30, 2014; decided September 11, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

IDT CORP. et al., Respondents, v TYCO GROUP, S.A.R.L., et al., Appellants.

Submitted July 21, 2014; decided September 11, 2014

Motion for reargument denied [see 23 NY3d 497 (2014)].

Chief Judge LIPPMAN taking no part.